UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ASHU SHUKLA,                                          :
                                                      :
                          Plaintiff,                  :
                                                      :          21-CV-3287 (JMF)
          -v-                                         :
                                                      :          ORDER OF SERVICE
APPLE INC., et al.,                                   :
                                                      :
                          Defendants.                 :
                                                      :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Apple, Inc., and Deloitte Consulting, LLP. Plaintiff is directed to serve the summons and complaint on each Defendant **within 90 days of the issuance of the summonses**. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to electronically notify Plaintiff of this order by transmitting it to Plaintiff's email address, ashu.shukla@gmail.com.

SO ORDERED.

Dated: May 27, 2021
       New York, New York                    _____
                                                      JESSE M. FURMAN
                                                   United States District Judge