The Honorable Jesse M. Furman
June 16th 2021

**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143

**Date: 06/16/2021**

**VIA USDC ECF**

To,

**HON. Judge Jesse M. Furman,**
U.S. District Court,
Southern District of New York,
40 Foley Square,
New York, New York 10007

**Re:   Shukla vs. Apple Inc., Deloitte Consulting LLP**
        **Index No.:**  1:19-cv-03287-LTS

> **Re: Notice to Judge Furman - The Plaintiff will not accept an order posted on the matter without a hearing by Judge Furman. Letter Requesting for a hearing on Plaintiff's Motion for Recusal of Magistrate Judge Aaron since plaintiff's various discrimination allegations on his employment lawsuit were incorrectly denied by him, and this case filed in early April 2021 have allegations that provide a direct inference of discrimination based on gender; Judge Aaron has previously held suboptimal quality decisions on plaintiff's employment lawsuit such as denial of plaintiff's service to government agencies under Rule 4(i);**

Hon. Judge Laura Taylor Swain,

As you may know, I am the plaintiff on the Shukla vs. Apple Inc., Deloitte case at SDNY case# 1:19-cv-03287-LTS. On June 10th 2021, the plaintiff filed his Motion for disqualification for the Magistrate Judge on this case. Specifically, the plaintiff has a pending employment lawsuit in the same court, Southern District of New York (S.D.N.Y), and the same Magistrate Judge, Stewart D. Aaron, who has continued to abuse his discretion on plaintiff's employment lawsuit, and whose clerk

1

The Honorable Jesse M. Furman
June 16th 2021

appears to have posted Judgements on behalf of other Judges, has unfortunately been assigned / or

appears to have has assigned himself to this case.


This case is also about a malicious secret service / Department of Justice Agent employed by Deloitte,

named Joanna Rohde, who has desperately approached the plaintiff through various communication

channels to request for money in return of a favorable settlement of plaintiff's employment lawsuit.

When the plaintiff denied, she has biomedically abused the plaintiff several times, and hopes to have

specific allegations and claims against her denied on the name of "*saving the firm Deloitte Consulting*

*LLP*".


Since Judge Aaron has knowingly abused his discretion and denied plaintiff's allegations on this

matter (**see Exhibit A**), such as serving the plaintiff's amended complaint to the Department of Justice

under Rule 4(i), and under 42 U.S.C. § 12188 (a)(1) which grants the plaintiff express private right

of action, it is this Judge Furman and his court's duty to carefully analyze plaintiff's valid motion

against Magistrate Judge Aaron and grant the plaintiff his Motion for Recusal.


Since Magistrate Judge's Clerk has been posting Judgements on behalf of other Judges (as identified

by the plaintiff on his Motions on his employment lawsuit) – specifically using the same signing

authority and account to post Judgements for both Judge Nathan Alison and Judge Aaron, one can

easily infer that she will be posting Judgement on behalf of Judge Furman, and deny plaintiff's valid

motion on behalf of Judge Furman.


Given the multiple malicious acts by Magistrate Judge Aaron and his court clerk, the plaintiff requests

for a hearing on the matter with Judge Furman. Since an order on the matter can be easily posted on

The Honorable Jesse M. Furman
June 16th 2021

behalf of Judge Furman by Judge Aaron's Court clerk or by the Deloitte DOJ agent who is a professional hacker trained by the government, the plaintiff specifically requests his court grant his requests for a hearing.

Please note that the **plaintiff will not accept an order posted on behalf of Judge Furman** on this matter **without a hearing**. Judge Aaron has been disqualified from this case and will continue to be disqualified.

Thank you for your time and assistance in this matter.

*Sincerely,*
Ashu Shukla
Plaintiff
06/16/2021

*(cc) Defendant Attorneys via ECF & Mail*
*(cc) Magistrate Judge Stewart D. Aaron via ECF (copied)*

3