UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu Shukla,

                Plaintiff,

-against-

Apple Inc. et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2021
```

1:21-cv-03287 (JMF) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      Pending before the Court are two motions filed by Plaintiff: (1) a "Motion to Change the Date of Filing of Plaintiff's Complaint and Summons," dated April 28, 2021 (ECF No. 7); and (2) a "Motion for Miscellaneous Relief," dated May 7, 2021 (ECF No. 10), also appearing to seek modification of the filing date of Plaintiff's Complaint and Summons (*see* Pl.'s 5/7/21 Mem. of L., ECF No. 11).

      Defendants shall file any response to these motions no later than Wednesday, September 29, 2021.

      Plaintiff shall file any reply in further support of these motions no later than Wednesday, October 6, 2021.

**SO ORDERED.**

Dated:    September 15, 2021
             New York, New York

_____
STEWART D. AARON
United States Magistrate Judge