UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
ASHU SHUKLA,

                Plaintiff,

          -v-                                          21-CV-3287 (JMF) (SDA)

APPLE INC., et al.,                          ORDER

                Defendants.
-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       On August 31, 2021, Plaintiff Ashu Shukla filed a notice of interlocutory appeal of the Court's Orders dated July 13, 2021, July 29, 2021, and August 25, 2021. *See* ECF No. 41 (Notice of Appeal). The filing fee for that appeal was due September 14, 2021. On September 24, 2021, the Court was informed that Plaintiff paid his appeal fee using a method of payment that is not accepted by the Court.

       Accordingly:

       (1) The Clerk of Court is directed to return the payment received from Plaintiff.

       (2) Plaintiff is directed to pay the fee in one of the methods accepted by the Court. The filing fee for a notice of appeal is $505 payable in cash, by certified check, or money order, made payable to "Clerk of Court, S.D.N.Y." No personal checks are accepted. Plaintiff's deadline to pay the appeal fee is hereby EXTENDED, *nunc pro tunc*, to **October 28, 2021**. Failure to pay the fee in a proper manner by that date will result in the notice of appeal being stricken.

       The Clerk of Court is directed to terminate ECF No. 61.

       SO ORDERED.

Dated: September 30, 2021
       New York, New York

                                                         JESSE M. FURMAN
                                                          United States District Judge