UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ASHU SHUKLA, :
:
Plaintiff, :
: 21-CV-3287 (JMF)
-v- :
: ORDER
APPLE INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 2, 2021, Plaintiff Ashu Shukla filed a letter motion, *see* ECF No. 67, seeking reconsideration of the Court's order of September 17, 2021, *see* ECF No. 60, denying his motion of September 16, 2021, *see* ECF No. 59, styled "Motion Take Judicial notice that Plaintiffs complete opposition to Order# 57." Shukla's latest motion to reconsider is DENIED as frivolous. For avoidance of doubt: Shukla may not file any further motions for reconsideration of the Court's scheduling order at ECF No. 57. More broadly, the Court cautions Shukla, as it has in the past, *see* ECF No. 37, that further vexatious behavior may result not only in dismissal of this suit, but also in the imposition of a "litigation bar" that prohibits the filing of new lawsuits without prior leave of the Court.

      The Clerk of Court is directed to terminate ECF No. 67.

      SO ORDERED.

Dated: October 4, 2021
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge