UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                    :

ASHU SHUKLA,                                           :

                                Plaintiff,                       :
                                                                      :          21-CV-3287 (JMF)
                   -v-                                 :
                                                                       :              ORDER

APPLE INC., et al.,                               :

                                Defendants.                 :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiff Ashu Shukla filed a motion asking the Court to waive his appeal fee. See ECF Nos. 81-82.  Plaintiff has not filed a motion to proceed *in forma pauperis*, as is necessary to seek waiver of an appeal fee.  *See* Fed. R. App. P. 24(a)(1).  Accordingly, Plaintiff's motion is hereby DENIED.  As a courtesy, the Court hereby EXTENDS Plaintiff's deadline to file a motion to proceed *in forma pauperis* until November 12, 2021.  By that date, Plaintiff must either file a motion proceed *in forma pauperis* on appeal or pay the appeal fee.

       The Clerk of Court is directed to terminate ECF No. 81.

SO ORDERED.

Dated: October 29, 2021
       New York, New York                                  JESSE M. FURMAN
                                                           United States District Judge