UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                :

ASHU SHUKLA,                :

                :

          Plaintiff,        :

                :          21-CV-3287 (JMF)

     -v-            :

                :           ORDER

APPLE INC., et al.,           :

                :

         Defendants.      :

                :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 12, 2021, Plaintiff Ashu Shukla filed a memorandum of law in support of his motion for recusal of the undersigned. *See* ECF No. 92. The Court, however, had already denied Shukla's motion. *See* ECF No. 91. Moreover, Shukla's memorandum was filed late, well after his November 4, 2021 deadline, ECF No. 78, and Shukla neither sought nor received an extension. Accordingly, Shukla's memorandum is stricken, and the Court will disregard it. (To be clear, the Clerk's Office need not strike the memorandum from the docket as it should remain part of the record in the case. But the Court will not consider the memorandum.)

Additionally, it has come to the Court's attention that Shukla filed the memorandum and another document pertaining to this case on the docket for Case No. 19-CV-10578, *Shukla v. Deloitte Consulting LLP*. *See* 19-CV-1078, ECF Nos. 339, 340. It is not clear to the Court whether these filings were by accident, or an attempt by Shukla to circumvent the Court's revocation of his electronic filing privileges in this case, *see* ECF No. 91 at 6-7. In any event, and to be clear, Shukla may not file documents relating to this case on the 19-CV-10578 docket. The Court will not consider documents in this case filed on any docket other than this docket, and continuing to file documents pertaining to this case on other dockets may result in sanctions.

The Clerk of Court is directed to mail a copy of this Order to Shukla.

SO ORDERED.

Dated: November 18, 2021
      New York, New York
                                   JESSE M. FURMAN
                                   United States District Judge