UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ASHU SHUKLA,                                                       :
:
                  Plaintiff,                        :
:     21-CV-3287 (JMF)
        -v-                                                      :
:     <u>ORDER</u>
APPLE INC., et al.,                                                :
:
                  Defendants.                       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On December 8, 2021, Plaintiff Ashu Shukla filed a letter responding to Defendant Deloitte's reply memorandum of law in support of its motion to dismiss. *See* ECF No. 102. Plaintiff did not seek, and the Court did not grant, leave to file a sur-reply or otherwise respond to Deloitte's reply. Thus, Plaintiff's submission is procedurally improper and will be disregarded. Defendants' motions to dismiss are now fully submitted.

       Separately, the Court ordered Plaintiff to show cause in writing by December 10, 2021, why his claims in this case should not be dismissed and a litigation bar imposed. *See* ECF No. 91, at 8. He did not file a response by that date. Having failed to meet the deadline, he may not do so now.

       In light of the foregoing, all future filings will be disregarded unless, **<u>prior</u>** to making the filing, the filing party seeks **<u>and</u>** obtains leave of the Court to make a filing.

       SO ORDERED.

Dated: December 17, 2021
       New York, New York                            _____
                                                               JESSE M. FURMAN
                                                            United States District Judge