The Honorable Jesse M. Furman
February 7th 2022

**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143

**Date: 02/07/2022**

**VIA USDC ECF**

**To,**

**HON. Judge Jesse M. Furman,**
U.S. District Court,
Southern District of New York,
40 Foley Square,
New York, New York 10007

Re:   **Shukla vs. Apple Inc., Deloitte Consulting LLP**
        Index No.: 1:21-cv-03287-JMF

**Re: Notice of Case Abandonment to the Court and Judge Furman**

Hon. Judge Furman,

As you may know, I am the plaintiff on the Shukla vs. Apple Inc., Deloitte case at SDNY case# 1:21-cv-03287-JMF. The plaintiff has filed a Appeal for Recusal of Judge Furman at the Court of Appeals for the Second Circuit (**doc# 21-3095**).

Recently, on February 4th 2022, Judge Furman entered another biased order on this case. Because of Judge Furman's consistent biased orders on this case, as clearly visible on the court docket, the **plaintiff hereby abandons this case**.

Fraud on court instituted by Deloitte Consulting LLP, and supported by Judge Furman will forever remain open and valid. The plaintiff reserves the right to file a lawsuit against Judge Furman.

1

The Honorable Jesse M. Furman
February 7th 2022


Thank you for your time and attention in this matter.

*Sincerely,*
Ashu Shukla
Plaintiff
02/07/2022


*(cc) Defendant Attorneys via ECF*
*(cc) Magistrate Judge Stewart D. Aaron via ECF (copied)*


This case is hereby dismissed.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Nevertheless, the Court retains jurisdiction to decide whether sanctions or a litigation bar should be imposed.  *See, e.g.*, *Rice v. NBCUniversal Media, LLC*, No. 19-CV-447 (JMF), 2019 WL 3000808, at *4 (S.D.N.Y. July 10, 2019) ("[V]oluntary dismissal 'does not preclude the district court from considering collateral issues such as sanctions.'" (quoting *U.S. D.I.D. Corp. v. Windstream Commc'ns, Inc.*, 775 F.3d 128, 134 (2d Cir. 2014)); *see also, e.g.*, *In re Austrian & German Bank Holocaust Litig.*, 317 F.3d 91, 98 (2d Cir. 2003) ("Whenever a district court has federal jurisdiction over a case, it retains ancillary jurisdiction after dismissal to adjudicate collateral matters.").

The Clerk of Court is directed to close this case.  All conferences are canceled.  All motions are denied as moot.

SO ORDERED.

*[signature]*

February 9, 2022