**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------X

ASHU SHUKLA,                                                           **Index No.:**

                                                                                    **1:21-CV-03287-LTS**

        Plaintiff,

     -against-                                                          **NOTICE OF MOTION**


APPLE INC.,

DELOITTE CONSULTING LLP,

        Defendant.

-----------------------------------------------------------------------X


| MOTION BY: | ASHU SHUKLA<br>    *PLAINTIFF* |
|---|---|
| DATE, TIME AND PLACE OF HEARING: | February 20th 2021 or Earlier, 9:30 AM in the forenoon of the day of that date in United States District Court, Southern District of New York. |
| SUPPORTING PAPERS: | Affirmation by Ashu Shukla and Exhibits |
| RELIEF REQUESTED: | Motion to Reopen Case against Deloitte Consulting LLP and Apple Inc.<br><br>together with any further relief that the court deems just and proper. |
| ANSWERING PAPERS: | As directed by the court on the briefing schedule |

1

**Apple Inc., Deloitte Consulting LLP**:

**PLEASE TAKE NOTICE** that the plaintiff hereby moves before the Honorable Judge Jesse M. Furman of the United States District Court, Southern District of New York, located at U.S. District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, against the defendants Apple Inc. and Deloitte Consulting LLP, for an entry of an Order pursuant to *Local Rules* and *Fed. R. Civ. P.* on Plaintiff's Motion to Reopen Case.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion for Miscellaneous relief, the plaintiff shall rely both upon (a) Memorandum of Law, as well as (b) Affirmation or Declaration in Support of this Motion including exhibits, submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that this Motion is filed in accordance with Federal Rule of Civil Procedure, Local Rules and Recommendation to Judge Jesse M. Furman.

Dated: New York, New York
      February 10th, 2022

Sincerely,
**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143
