UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
ASHU SHUKLA,          :
                Plaintiff,     :
                     :
      -v-                :  21-CV-3287 (JMF) (SDA)
                     :
APPLE INC., et al.,       :   ORDER
                Defendants.    :
---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      The Court has been informed that Plaintiff has sent the Court two payments which are not of a type accepted by the Court. The Court has previously advised Plaintiff of the only payment types accepted by the Court: certified check or money order made payable to "Clerk of Court, S.D.N.Y." *See* ECF No. 66. The Clerk of Court is directed to destroy the payments sent by Plaintiff, and to reject all future payments of a type not accepted by the Court.

      Separately, although this case is now closed, the Court retains jurisdiction to decide whether sanctions or a litigation bar should be imposed. *See* ECF No. 116. As the Court has previously warned Plaintiff, any future vexatious filings, like those at ECF Nos. 123-26, could result in a litigation bar.

      SO ORDERED.

Dated: March 18, 2022
       New York, New York
                                                    JESSE M. FURMAN
                                        United States District Judge