**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X

ASHU SHUKLA,                                                    **Index No.:**

                                                                 **1:21-CV-03287-** ~~LTS~~ JMF

      Plaintiff,

  -against-                                                       **NOTICE OF MOTION**


APPLE INC.,

DELOITTE CONSULTING LLP,

        Defendant.

---------------------------------------------------------------------------X


| MOTION BY: | ASHU SHUKLA<br>    *PLAINTIFF* |
|---|---|
| DATE, TIME AND PLACE OF HEARING: | March 31st 2022 or Earlier, 9:30 AM in the forenoon of the day of that date in United States District Court, Southern District of New York. |
| SUPPORTING PAPERS: | Affirmation by Ashu Shukla and Exhibits |
| RELIEF REQUESTED: | Motion for Leave for permission to Appeal in Forma Pauperis and Proceed in Forma Pauperis<br><br>together with any further relief that the court deems just and proper. |
| ANSWERING PAPERS: | As directed by the court on the briefing schedule |

1

**Apple Inc., Deloitte Consulting LLP**:

**PLEASE TAKE NOTICE** that the plaintiff hereby moves before the Honorable Judge Laura Taylor Swain of the United States District Court, Southern District of New York, located at U.S. District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, against the defendants Apple Inc. and Deloitte Consulting LLP, for an entry of an Order pursuant to *Local Rules* and *Fed. R. Civ. P. requesting* for Leave for Permission to Appeal in Forma Pauperis and Proceed in Forma Pauperis

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion for Leave for permission to Appeal in Forma Pauperis and Proceed in Forma Pauperis, the plaintiff shall rely both upon Affirmation or Declaration in Support of this Motion including exhibits, submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that this Motion is filed in accordance with Federal Rule of Civil Procedure, Local Rules and Recommendation to Judge Furman.

**Dated**: New York, New York
　　　March 21ˢᵗ, 2021

Sincerely,
**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143

Application denied, as stated at ECF No. 135. The Clerk of Court is directed to terminate ECF No. 134.  SO ORDERED.

*[signature]*

March 25, 2022

2